This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**WM SPECIALTY MORTGAGE, LLC,**

Plaintiff/Counterdefendant-Appellee,

v.                                                                            **No. 35,166**

**GREG JOHNSON, a/k/a**
**GREGORY P. JOHNSON; and**
**OLGA JOHNSON,**

Defendants/Counterclaimants-Appellants,

and

**HOME LOAN SERVICES, INC.,**
**f/k/a NATIONAL CITY MORTGAGE CO.,**

Defendants,

and

**GREG JOHNSON and OLGA JOHNSON,**

Third-Party Plaintiffs,

v.

**ACCREDITED HOME LENDERS, INC.;**
**NATIONWIDE CREDIT, INC.;**
**BANK OF AMERICA HOME LOANS;**

**WM SPECIALTY MORTGAGE, LLC;**
**NATIONAL CITY MORTGAGE, INC.;**
**FINANCIAL MORTGAGE GROUP, LLC;**
**and MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC.,**
          Third-Party Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Nan G. Nash, District Judge**

Montgomery & Andrews, P.A.
Seth C. McMillan
Santa Fe, NM

Quilling, Selander, Lownds Winslett & Moser, P.C.
Marcie L. Schout
Dallas, TX

for Appellee WM Specialty Mortgage, LLC

JRSPC, LLC
Joshua R. Simms
Albuquerque, NM

for Appellants and Third-Party Plaintiffs Greg and Olga Johnson

## MEMORANDUM OPINION

**VIGIL, Judge.**

{1}      Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary reversal has been filed and the time for doing so has expired.

{2}      **IT IS SO ORDERED.**

{3}      **REVERSED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**J. MILES HANISEE, Judge**